ORDERED.

Dated: October 01, 2018

_____
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re :                                                                                   Case Number **6:18-bk-03927-CCJ**
                                                                                          Chapter 7

**Concetta Dudley Lee**,
                             Debtor(s).
_____/

### AGREED ORDER GRANTING BANK OF AMERICA, N.A.'S
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS CASE came on for consideration upon Bank of America, N.A.'s Motion for Relief from the Automatic Stay (docket no. 15) and Trustee's Response to Bank of America, N.A.'s Motion for Relief from the Automatic Stay (docket no. 19). Having reviewed the Motion, the Response, the file, and otherwise being advised of the matter,

Accordingly, it is

ORDERED :

1. The Motion is granted effective ninety (90) days from the date of entry of this Order.

2. The automatic stay arising by reason of 11 U.S.C. §362 is terminated as to Movant's interest in the following real property :

**ALL THAT CERTAIN Lot OR PARCEL OF LAND SITUATED IN THE CITY OF HIGH POINT, HIGH POINT TOWNSHIP, GUILFORD COUNTY, North CAROLINA AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:**

**BEGINNING AT THE SOUTHWEST CORNER OF Lot 104 OF MILBOURNE HEIGHTS AS SHOWN IN PLAT BOOK 7 AT PAGE 115 IN THE OFFICE OF THE REGISTER OF DEEDS FOR GUILFORD COUNTY, NORTH CAROLINA; SAID POINT ALSO BEING South 84 DEG. 4' 0" East 470.65 FEET FROM THE NORTHEASTERN CORNER OF THE INTERSECTION OF PINECROFT Street AND CENTRAL Avenue; THENCE North 6 DEG. 13' 44" East 149.76 FEET**

**TO AN IRON PIN; THENCE North 6 DEG. 6'44" East 125 FEET TO AN IRON PIN; THENCE North 84 DEG. 3' 48" West 54.43 FEET TO A IRON PIN; THENCE North 6 DEG. 13' 50" East 276.86 FEET TO AN IRON PIN; THENCE South 84 DEG. 23' 7" East 229.72 FEET TO AN IRON PIN; THENCE South 4 DEG. 6'42" West 344.95 FEET TO AN IRON PIN ON THE NORTHERN RIGHT-OF-WAY OF CENTRAL AVENUE; THENCE ALONG SAID RIGHT-OF-WAY North 84 DEG. 4' 0" West 195.38 FEET TO THE POINT AND PLACE OF BEGINNING. THE ABOVE TRACT CONTAINS 2.695 ACRES AND IS COMPRISED OF ALL OF Lots 104, 105, 106 AND 107 OF MILBOURNE HEIGHTS AS SHOWN IN PLAT BOOK 7 AT PAGE 115 AND A PART OF TRACT NO. 5 OF THE AMOS BROS. SUBDIVISION AS SHOWN IN PLAT BOOK 25 AT PAGE 46. THE ABOVE PROPERTY IS SHOWN ON A SURVEY BY DAVIS-MARTIN-POWELL & ASSOC. ENTITLED "PROPERTY OF ERIC LITTLE AND PAMELA LITTLE", JOB NO. S-21346, DATED 2/27/86, INCORPORATION BY REFERENCE IS HEREBY MADE TO SAID SURVEY.**

**Being that parcel of land conveyed to Concetta D. Lee and spouse, Michael D. Lee from Eric K. Little and wife, Pamela C. Little by that deed dated 10/23/1992 and recorded 10/23/1992 in Deed Book 4011, at Page 0754 of the GUILFORD County, NC Public Registry.**

**a/k/a 3311 Central Avenue, High Point, NC 27260**
**Parcel ID No. 0157909**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Movant, its successors and/or assigns to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that Movant, its successors and/or assigns shall not obtain *in personam* relief against the debtor.

4. The effective date of the relief is ninety (90) days from the signing of this Order.

/s/ Kristen L. Henkel
Kristen L. Henkel, Esq.
Florida Bar No. 81858
M. E. Henkel, P.A.
3560 South Magnolia Avenue
Orlando, Florida 32806
Telephone : (407) 438-6738
Facsimile : (407) 858-9466
khenkel@mehenkel.com

/s/ Stefan Beuge
Stafan Beuge, Esq.
Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2001 NW 64th Street, Suite 100
Ft. Lauderdale, FL 33309
Telephone: (954) 462-7000 x 56588
Fax: (954) 462-7001
stefan.beuge@phelanhallinan.com

Special Counsel Kristen L. Henkel is directed to serve a copy of this Order on interested parties and file a proof of services within 3 days of entry of the Order.