**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re :                                                                                             Case No. **6:18-bk-03927-CCJ**
                                                                                                    Chapter 7

**Concetta Dudley Lee**,
                              Debtor(s).
_____/

**MOTION FOR ORDER APPROVING SALE OF ESTATE'S INTEREST IN**
**REAL ESTATE IN GUILFORD COUNTY, NORTH CAROLINA**

     Trustee, Marie E. Henkel, by and through her undersigned counsel, moves this Court for authority to sell the estate's interest in non-exempt, non-homestead real property on the following terms :

1. The property to be sold is the estate's interest in residential real estate in Guilford County, North Carolina, said real estate being more particularly described as follows :

---

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

     Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.  If you object to the relief requested in this paper, you must file a response with the Clerk of the U.S. Bankruptcy Court, 400 W. Washington St., Ste. 5100, Orlando, FL 32801 and serve a copy on Marie E. Henkel, Trustee, 3560 S Magnolia Ave., Orlando, FL 32806; Kristen L. Henkel, Esq., 3560 S. Magnolia Ave., Orlando, FL 32806; and on U. S. Trustee, 400 W. Washington St., Ste. 1100, Orlando, FL 32801.

     If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without hearing.  If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

**BEGINNING AT THE SOUTHWEST CORNER OF LOT 104 OF MILBOURNE HEIGHTS AS SHOWN IN PLAT BOOK 7 AT PAGE 115 IN THE OFFICE OF THE REGISTER OF DEEDS FOR GUILFORD COUNTY, NORTH CAROLINA; SAID POINT ALSO BEING SOUTH 84 DEG. 4' 0'' EAST 470.65 FEET FROM THE NORTHEASTERN CORNER OF THE INTERSECTION OF PINECROFT STREET AND CENTRAL AVENUE; THENCE NORTH 6 DEG. 13' 44'' EAST 149.76 FEET TO AN IRON PIN; THENCE NORTH 6 DEG. 6' 44'' EAST 125 FEET TO AN IRON PIN; THENCE NORTH 84 DEG. 3' 48'' WEST 54.43 FEET TO A IRON PIN; THENCE NORTH 6 DEG. 13' 50'' EAST 276.86 FEET TO AN IRON PIN; THENCE SOUTH 84 DEG. 23' 7'' EAST 229.72 FEET TO AN IRON PIN; THENCE SOUTH 4 DEG. 6' 42'' WEST 344.95 FEET TO AN IRON PIN ON THE NORTHERN RIGHT-OF-WAY OF CENTRAL AVENUE; THENCE ALONG SAID RIGHT-OF-WAY NORTH 84 DEG. 4' 0'' WEST 195.38 FEET TO THE POINT AND PLACE OF BEGINNING.**
**THE ABOVE TRACT CONTAINS 2.695 ACRES AND IS COMPRISED OF ALL OF LOTS 104, 105, 106 AND 107 OF MILBOURNE HEIGHTS AS SHOWN IN PLAT BOOK 7 AT PAGE 115**

**AND A PART OF TRACT NO. 5 OF THE AMOS BROS. SUBDIVISION AS SHOWN IN PLAT BOOK 25 AT PAGE 46. THE ABOVE PROPERTY IS SHOWN ON A SURVEY BY DA VIS-MARTIN-POWELL & ASSOC. ENTITLED "PROPERTY OF ERIC LITTLE AND PAMELA LITTLE", JOB NO. S-21346, DATED 2/27/85, INCORPORATION BY REFERENCE IS HEREBY MADE TO SAID SURVEY.**

**Parcel ID 0157909**
**a/k/a 3311 Central Avenue, High Point, NC 27260**

2. Manner of Sale : The buyer has been procured through the efforts of the estate's realtor, Erin Nelson, of Keller Williams Realty Elite. The buyer has made an earnest money deposit in the amount of $ 1,200.00, and is ready to complete the purchase for the sales price indicated below, upon approval of the sale by the Court. Trustee proposes to convey whatever interest the Estate has in the property to the Buyer upon approval of this Motion.

3. Terms of Sale :

   a. Buyer :    Daniel Perez Zavala

   3311 Central Avenue
   High Point, NC 27260

   b. Sales Price : $120,000.00

   c. Appraised Value : The property is assessed by the Guilford County Property Appraiser at $78,500.00.

   d. Costs of Sale : The estate has agreed to pay the following costs associated with transfer of title :

| | |
|---|---:|
| Real Estate Commission & Costs | $ 6,600.00 |
| Closing Coordination Fee | 695.00 |
| Document Preparation Fee | 250.00 |
| Title Examination Fee | 250.00 |
| Wire Fees | 100.00 |
| Municipal Lien Search | 400.00 |
| Documentary Stamp Tax on Deed | 240.00 |
| Recording of Bankruptcy Documents | 100.00 |
| Seller Credit | 5,000.00 |
| Prorated County Taxes | 32.92 * |
| Payoff First Mortgage | 36,248.85 * |
| Payoff Second Mortgage | 42,046.43 * |
| Total | $ 91,963.20 |

* estimate

The net proceeds to the estate are approximately $ 28,036.80. The trustee believes this sale to be of benefit to the estate.

e. Trustee intends to transfer title to the property by trustee's deed, subject to current year's taxes, assessments, zoning, restrictions, and other requirements imposed by governmental authorities, and other matters appearing on the plat or otherwise common to the subdivision, and public utility easements of public record.

f. The estate will provide a trustee's deed to the buyer and certified copies of the Order approving sale, Notice of Commencement of bankruptcy and of the docket, reflecting no objections to the sale, or if any, that said objections were overruled by Court Order. Trustee is unaware of the existence of any liens or encumbrances on the property. There are no adverse tax consequences of the sale to the estate.

g. The Trustee respectfully requests that this Court: (a) waive the 14-day stay period pursuant to Rule 6004(h), deem the sale order enforceable immediately upon entry, and authorize the Trustee to close on the sale immediately upon entry of the Final Sale Order; (b) authorize the Trustee to take all actions and execute all documents she deems reasonable, necessary and/or desirable to effectuate the requested relief; (c) retain sole and exclusive personal subject matter jurisdiction to implement, interpret and enforce the terms of this Motion and the Final Sale Order; and (d) adjudicate all claims, controversies and/or disputes arising from or related to this sale.

WHEREFORE, Trustee moves this Court to enter an Order authorizing the sale of the property as set forth above.

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was furnished by first class United States Mail, postage prepaid, or by electronic delivery, on December 27, 2018, to Daniel Perez Zavala, 3311 Central Avenue, High Point, NC 27260; and to all persons on the mailing matrix, attached to the original of this document, as furnished by the Clerk's office on December 27, 2018.

*/s/ Kristen L. Henkel*
Kristen L. Henkel, Esq.
Florida Bar No. 81858
M. E. Henkel, P.A.
3560 South Magnolia Avenue
Orlando, Florida 32806
Telephone : (407) 438-6738
Facsimile : (407) 858-9466
khenkel@mehenkel.com